**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02427-REB-MEH

JAN GARRETT,

    Plaintiff,

v.

UNITED STATES POSTAL SERVICE,
SUPPORT SERVICES OF AMERICA, INC.,
J&K PROFESSIONAL CLEANERS, INC., and
JOE VILLANO

    Defendants.

## ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT SUPPORT SERVICES OF AMERICA

**Blackburn, J.**

The matter before me is **Plaintiff's Motion for Default Judgment Against Defendant Support Services of America, Inc.** [#8],[1] filed October 10, 2012. I deny the motion.

The Tenth Circuit has recognized that "Rule 55 mandates a two-step process for a party who seeks a default judgment in his favor."

> First, the party wishing to obtain a default judgment must apprise the court that the opposing party has failed to plead or otherwise defend by requesting by affidavit or otherwise that the clerk enter default on the docket. Second, following an entry of default by the clerk, the party entitled to a judgment by default shall apply to the court therefor.

---

[1] "[#8]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

*Williams v. Smithson*, 1995 WL 365988 at *1 (10th Cir. June 20, 1995) (internal citations and quotation marks omitted); *see also Garrett v. Seymour*, 2007 WL 549388 at *2 (10th Cir. Feb. 23, 2007) (describing clerk's entry of default under Rule 55(a) as "a prerequisite for the entry of a default judgment" under Rule 55(b)).  It appears from the docket that plaintiff has never requested an entry of default from the clerk of the court as to this allegedly defaulting defendant.  Thus, her request for a default judgment is premature.

**THEREFORE, IT IS ORDERED** that **Plaintiff's Motion for Default Judgment Against Defendant Support Services of America, Inc.** [#8], filed October 10, 2012, is **DENIED**.

Dated October 11, 2012, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge