**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-02427-REB

JAN GARRETT,

    Plaintiff,

v.

UNITED STATES POSTAL SERVICE,
SUPPORT SERVICES OF AMERICA, INC.
J&K PROFESSIONAL CLEANERS, INC., and
JOE VILLANO,

    Defendants.

**ORDER DISMISSING DEFENDANT
J&K PROFESSIONAL CLEANERS, INC., ONLY**

**Blackburn J.**

The matter before me is the **Stipulation For Dismissal Without Prejudice of Defendant J&K Professional Cleaners, Inc.** [#14][1] filed October 18, 2012.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that plaintiff's claims against defendant J&K Professional Cleaners, Inc. should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation For Dismissal Without Prejudice of Defendant J&K Professional Cleaners, Inc.** [#14] filed October 18, 2012, is **APPROVED**;

---

[1] "[#14]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

  2.  That plaintiff's claims against defendant J&K Professional Cleaners, Inc. are **DISMISSED WITHOUT PREJUDICE** with each of the affected parties to pay its own attorney fees and costs; and

  3.  That defendant J&K Professional Cleaners, Inc. is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

  Dated October 18, 2012, at Denver, Colorado.

              **BY THE COURT:**

              */s/ Robert E. Blackburn*
              Robert E. Blackburn
              United States District Judge