**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02427-REB

JAN GARRETT,

    Plaintiff,

v.

UNITED STATES POSTAL SERVICE,
SUPPORT SERVICES OF AMERICA, INC., and
JOE VILLANO,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal With Prejudice** [#19][1] filed November 29, 2012. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#19] filed November 29, 2012, is **APPROVED**;

2. That any pending motion is **DENIED** as moot; and

---

[1] "[#19]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated November 30, 2012, at Denver, Colorado.

BY THE COURT:

_Bob Blackburn_
Robert E. Blackburn
United States District Judge